Town of New Hartford v Alagic
2026 NY Slip Op 04058
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

TOWN OF NEW HARTFORD, PLAINTIFF-RESPONDENT,
v
MEAZ ALAGIC, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
265 CA 25-01019
Present: Montour, J.P., Ogden, Greenwood, Nowak, And Hannah, JJ.

STEPHANIE R. DIGIORGIO, UTICA, FOR DEFENDANT-APPELLANT.
JOHN P. ORILIO, HINCKLEY, FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Oneida County (Mark R. Rose, J.), entered November 19, 2024. The order prohibited defendant from impeding access to a right-of-way and scheduled further proceedings on damages.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Defendant appeals from a non-final liability order, following a bench trial, that prohibited defendant from impeding access to a right-of-way and scheduled further proceedings on damages. The appeal must be dismissed inasmuch as the order appealed from is not a final judgment and is not an order deciding a motion made upon notice (see generally CPLR 5701 [a] [1], [2]; Paese v Paese, 175 AD3d 506, 506 [2d Dept 2019]; Rossi v Morse, 153 AD3d 1637, 1637 [4th Dept 2017]). Defendant did not seek leave to appeal from the order, and we decline to treat the notice of appeal as an application for leave to appeal (see CPLR 5701 [c]; Gena v Mu, 240 AD3d 1405, 1406 [4th Dept 2025]).
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court